IN THE MATTER OF THE COURT REORGANIZATION PLAN
OF HUDSON COUNTY.

Argued December 12, 1978—Decided January 23, 1979.

Mr. *Harold Krieger,* Hudson County Counsel, argued the cause for appellants Edward F. Clark, Jr., Hudson County Executive, and Board of Chosen Freeholders of Hudson County (*Mr. Krieger,* attorney; *Mr. Francis X. Hayes,* Assistant County Counsel, of counsel and on the brief).

Mr. *Michael R. Cole,* Assistant Attorney General, argued the cause for respondent, the Honorable Thomas S. O'Brien, Assignment Judge of Hudson County (*Mr. John J. Degnan,* Attorney General of New Jersey, attorney).

Mr. *Randy Kopf,* Assistant County Counsel, submitted a brief on behalf of *amicus curiae* County of Passaic (*Mr. Martin Verp,* Passaic County Counsel, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 161 *N. J. Super.* 483.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.